OPINION — AG — WHERE TUITION WAS PAID PERMITTING AN UNDERAGE CHILD TO ATTEND KINDERGARTEN, SUCH CHILD IS NOT ENTITLED TO ATTEND FIRST GRADE FREE OF CHARGE IN A DISTRICT OTHER THAN THE DISTRICT OF KINDERGARTEN ATTENDANCE WHERE THE CHILD DOES NOT MEET THE GENERAL MINIMUM AGE FOR FREE FIRST GRADE ATTENDANCE OF SIX YEARS ON OR BEFORE NOVEMBER 1 PRESENTLY BY 70 O.S. 1975 Supp., 1-114 [70-1-114] CITE: OPINION NO. 73-289 (JOE C. LOCKHART)